1  Catherine Ybarra (Bar No. 283360)
   Tyler J. Bean (*pro hac vice to be filed*)
2  Neil P. Williams (*pro hac vice to be filed*)
   **SIRI & GLIMSTAD LLP**
3  700 S Flower Street
   Suite 1000
4  Los Angeles, CA 90017
5  Tel: (213) 297-3807
   E: cybarra@sirillp.com
6  E: tbean@sirillp.com
7  E: nwilliams@sirillp.com

8  *Attorneys for Plaintiff and the Putative Class*

          UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF CALIFORNIA
                  SAN JOSE DIVISION

| | |
|---|---|
| JOANNE KAPLAN, individually and on behalf of all others similarly situated, | Case No. 3:24-cv-09388-JSC |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| v. | Judge Jacqueline Scott Corley |
| CRIMSON WINE GROUP, LTD. | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Joanne Kaplan, by and through her undersigned counsel of record, hereby dismisses all of her individual claims brought in the above-captioned action, without prejudice, with each party to bear its own fees and expenses

Dated: June 26, 2025             Respectfully Submitted,

                                 */s/Catherine Ybarra*
                                 Catherine Ybarra (Bar No. 283360)
                                 **SIRI & GLIMSTAD LLP**
                                 700 S Flower Street
                                 Suite 1000
                                 Los Angeles, CA 90017
                                 Tel: (213) 297-3807
                                 E: cybarra@sirillp.com

1

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Tyler J. Bean
Neil P. Williams
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (212) 532-1091
E: tbean@sirillp.com
E: nwilliams@sirillp.com

*Attorneys for Plaintiff and the Putative Class*

**CERTIFICATE OF SERVICE**

I, Catherine Ybarra, do hereby certify that, on June 26, 2025, a true and correct copy of the above and foregoing *Notice of Voluntary Dismissal Without Prejudice* has been sent via the Court's ECF System.

*/s/ Catherine Ybarra*
Catherine Ybarra